FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:22-535-FMO-1 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
|  ) | 18 U.S.C. § 3143(a) |
| Abraham Magara, ) | Allegations of Violations of Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   (✓) Defendant has failed to demonstrate by clear and
 3                    convincing evidence that he is not likely to pose
 4                    a risk to the safety of any other persons or the
 5                    community.  Defendant poses a risk to the safety
 6                    of other persons or the community based on:
 7                    _instant allegations; drug use;_
 8                    _criminal history_
 9                    _____
10                    _____
11                    _____
12           B.   (✓) Defendant has failed to demonstrate by clear and
13                    convincing evidence that he is not likely to flee
14                    if released.  Defendant poses a flight risk based
15                    on: _instant allegations; failure to_
16                    _report as directed; failure to_
17                    _participate in group counseling as_
18                    _directed_
19                    _____
20
21           IT IS ORDERED that defendant be detained.
22
23      DATED: 2/27/2025
24
25                                       _____
                                         HONORABLE JACQUELINE CHOOLJIAN
26                                       United States Magistrate Judge
27
28
```